IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

KEERAN 1, LLC, ROBERT KEERAN,
and CYNTHIA KEERAN,

      Plaintiffs,

v.                                                             CIV 14-1158 LAM/KBM

THE CITY OF ALBUQUERQUE,

      Defendant.

## ORDER GRANTING JOINT MOTION TO DISMISS CERTAIN CLAIMS AND TO REMAND REMAINING CLAIMS TO STATE COURT [Doc. 7]

**THIS MATTER** is before the Court on the parties' *Joint Motion to Dismiss Certain Claims and Remand Remaining Claims to State Court (Doc. 7)*, filed January 14, 2015. In accordance with 28 U.S.C. § 636(c)(1) and Fed. R. Civ. P. 73(b), the parties have consented to the undersigned United States Magistrate Judge to conduct all proceedings and enter a final judgment in this case. *See* [*Docs. 6* and *10*]. In the motion, the parties state that Plaintiffs have elected not to pursue their federal claims at this time, and the parties ask the Court to dismiss those claims without prejudice and to remand Plaintiffs' remaining state claims to state court. [*Doc. 7* at 1-2]. Having considered the motion, record of the case, and relevant law, the Court **FINDS** that the motion should be **GRANTED**.

**IT IS THEREFORE ORDERED** that the parties' *Joint Motion to Dismiss Certain Claims and Remand Remaining Claims to State Court (Doc. 7)* is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiffs' federal claims are **DISMISSED without prejudice**.

**IT IS FURTHER ORDERED** that Plaintiffs' remaining state claims are **REMANDED** to the Second Judicial District Court, County of Bernalillo, State of New Mexico.

**IT IS SO ORDERED.**

_____
**LOURDES A. MARTÍNEZ**
**UNITED STATES MAGISTRATE JUDGE**
**Presiding by Consent**